NO. 07-08-0161-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 27, 2008

_____

CHARLOTTE WELCH, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF L.V. WELCH, APPELLANT

V.

PINNACLE TECHNOLOGIES, INC., APPELLEE
_____

FROM THE 415TH DISTRICT COURT OF PARKER COUNTY;

NO. CV-05-1676; HONORABLE GRAHAM QUISENBERRY, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

_____MEMORANDUM OPINION

Appellant, Charlotte Welch, perfected an appeal from the trial court's summary judgment. Welch has now filed a motion to dismiss her appeal and has conformed to the requirements of Rule 10.1 of the Texas Rules of Appellate Procedure. This disposition is authorized by Rule 42.1(a)(1) and 43.2(f) of the Texas Rules of Appellate Procedure. Finding the motion complies with the requirements of Rules 10.1 and 42.1(a), we dismiss the appeal. Further, the court will tax costs against Welch. TEX. R. APP. P. 42.1(d).

Having disposed of this appeal at Welch's request, we will not entertain a motion for rehearing and our mandate shall issue forthwith.


Per Curiam